DAVID ANDERSON, CBN 149604
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM, CSBN 223876
     Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 268-5610
     Facsimile: (415) 744-0134
     E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALANI TING, | CIVIL NO. 4:19-cv-03713-HSG |
| Plaintiff, | |
| VS. | MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS ANSWER OR RESPONSE TO PLAINTIFF'S COMPLAINT AND ORDER |
| ANDREW SAUL, | |
| COMMISSIONER OF SOCIAL SECURITY, | (FIRST REQUEST) |
| Defendant.[1] | |

     Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests for the first time that the court extend the time for Defendant to file his answer or other response to Plaintiff Healani Ting's complaint, due on September 30, 2019, by 30 days, through and including October 30, 2019.

     Defense counsel needs an extension of time because there is an option for settlement and she is in settlement discussions with Plaintiff. This week, Defendant attempted to reach Plaintiff, who is pro

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

per, several times by telephone at (415) 587-1859 to request that Plaintiff stipulate to Defendant's request for additional time, but Defendant was unable to reach her or leave a message. Defendant also sent Plaintiff a letter informing her that she was seeking this extension of time, but perhaps Plaintiff will not have time to respond before Defendant's answer is due. This request is made in good faith with no intention to delay unduly the proceedings.

Respectfully submitted this 24th day of September 2019.

DAVID ANDERSON
United States Attorney

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney

IT IS SO ORDERED:

HAYWOOD S GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DATED: 9/25/2019