IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
OAKLAND DIVISION

| Healani Ting, | No. 4:19-cv-03713-HSG |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR VOLUNTARY REMAND |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C.§ 405(G) and for Entry of Judgment, IT IS ORDERED that this case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Unopposed Motion for Voluntary remand.

DATED: 10/31/2019

Haywood S. Gilliam, Jr.
United States District Judge