IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Healani Ting,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew Saul,<br>Commissioner of Social Security,<br><br>Defendant. | No. 4:19-cv-03713-HSG<br><br>JUDGMENT |

On this 31st day of October, 2019, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that final judgment of this Court is entered in favor of Plaintiff and against Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED: 10/31/2019

Haywood S. Gilliam, Jr.
United States District Judge